No. 394, Misc.   BENNETT *v.* ADAMOWSKI ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 452, Misc.   CYRONNE-DE VIRGIN *v.* MISSOURI ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 461, Misc.   CUMMINGS *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 477, Misc.   GOLDSTEIN *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 487, Misc.   RISING *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 508, Misc.   GROZA *v.* LEMMON ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 527, Misc.   CANTRELL *v.* MAXWELL, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 530, Misc.   BENNETT *v.* PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 531, Misc.   SAYLORS *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Sup. Ct. Wash.   Certiorari denied.

No. 535, Misc.   ROLLINS *v.* HASKINS, CORRECTIONAL SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 545, Misc.   FERNANDEZ *v.* KLINGER.   C. A. 9th Cir.   Certiorari denied.